UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKIBOKY STORA,

                              Plaintiff,

        -against-

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

Case No. 1:26-cv-00249 (JLR)

**SCHEDULING ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Defendant's letter regarding the parties' discussions concerning their willingness to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.  Dkt. 11.  In light of the information relayed to the Court, the parties' deadline to file (1) a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, or (2) a joint letter relaying the parties' lack of consent to conducting all further proceedings before a Magistrate Judge shall be extended to **February 24, 2026**.

Dated: February 17, 2026
        New York, New York

                              SO ORDERED.

                              JENNIFER L. ROCHON
                              United States District Judge