UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2026

SKIBOKY S. STORA,

               Plaintiff,

    -v-

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

               Defendant.

**ORDER**

26-CV-249 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, ECF No. 18 (the "Motion"). Plaintiff is directed to file a response to the Motion by **May 14, 2026.** Defendant's reply is due by **May 28, 2026.**

**SO ORDERED.**

Dated: April 27, 2026
     New York, New York

 

Henry J. Ricardo
United States Magistrate Judge