UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKIBOKY S. STORA, | |
| Plaintiff, | |
| -v- | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/4/2026____

**ORDER**

26-CV-249 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On April 23, 2026, Defendant filed a Motion to Dismiss or in the Alternative for Summary Judgment.  ECF No. 18 (the "Motion").  On April 27, 2026, the undersigned entered an order, ECF No. 23, directing Plaintiff to file a response to the Motion by May 14, 2026.  As Plaintiff did not file a response by May 14, 2026, on May 21, 2026 the undersigned *sua sponte* extended the deadline for Plaintiff to file a response to May 29, 2026.  ECF No. 24 (the "Order").  The undersigned warned in the Order that "[i]f no response is filed by May 29, 2026, the Motion will be decided based on Defendant's filings." (emphasis in original).  To date, so far as the docket reflects, Plaintiff has not filed a response to the Motion.  Therefore, the undersigned considers the Motion fully briefed and will decide the Motion based on Defendant's filings.

1

**SO ORDERED.**

Dated: June 4, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2