USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKIBOKY S. STORA,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

Defendant.

**ORDER**

26-CV-249 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter, ECF No. 26, updating the Court regarding his new address. Defendant is directed to serve Plaintiff with docket entries 17 through 25 in this matter, as well as this order, at Plaintiff's new address. Defendant shall file proof of service by **July 22, 2026**.

**SO ORDERED.**

Dated: July 15, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge