USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKIBOKY S. STORA,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

Defendant.

**ORDER**

26-CV-249 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's response to Defendant's motion to dismiss or, in the alternative, for summary judgment. ECF No. 29 ("Plaintiff's Response"). In light of Plaintiff's change of address, *see* ECF No. 26, which appears to have resulted in Plaintiff not receiving certain filings, the undersigned will consider Plaintiff's Response to be timely. Therefore, the undersigned will consider Plaintiff's Response when addressing Defendant's motion. This order shall supersede the undersigned's previous order at ECF No. 25.

Defendant's reply brief is due by **August 7, 2026**. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff at the address identified in his letter at ECF No. 26.

**SO ORDERED.**

Dated: July 31, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge